MATTHEW LEIPOLT
CHRISTOPHER ADAMS, et al.,

        Plaintiff,        Case No. 15-CV-628

  v.

ALL-WAYS CONTRACTORS INC.,

        Defendant.

## OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER

Defendant hereby responds to the Plaintiffs' Motion to Compel discovery filed with this Court on December 21, 2015 and moves pursuant to Federal Rule of Civil Procedure 26(c) for a Protective Order forbidding the sought after discovery requests.

This Motion is based on the attached Memorandum of Law, the Declaration of Thomas Krukowski, and the contemporaneously filed Motion for Summary Judgment.

Dated this 6th day of January, 2016.

        /s/ *Thomas P. Krukowski*
        Thomas P. Krukowski, Esq.
        *State Bar No. 01013222*
        Whyte Hirschboeck Dudek S.C.
        555 East Wells Street, Suite 1900
        P.O. Box 1379
        Milwaukee, WI 53202-3819
        Telephone: (414) 978-5544
        Fax: (414) 223-5000
        Email: tkrukowski@whdlaw.com

        *Attorney for Defendant All-Ways Contractors Inc.*